FILED by_____ **YH** D.C.

**Nov 16, 2018**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. **18-20910-CR-MORENO/LOUIS**

18 U.S.C. § 1015(e)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

**CLIFFORD PATRICK SIBILIA,**
       a/k/a "H.B.,"
       a/k/a "P.A.,"

             **Defendant.**
_____/

### INFORMATION

The United States Attorney charges that:

### COUNT 1
### Making a False Claim to United States Citizenship
### (18 U.S.C. § 1015(e))

On or about September 2, 2014, in Miami-Dade County, in the Southern District of

Florida, the defendant,

**CLIFFORD PATRICK SIBILIA,**
       a/k/a "H.B.,"
       a/k/a "P.A.,"

an alien, did knowingly make a false statement and claim that he was a citizen of the United

States, with the intent to obtain on behalf of himself a State benefit, in that defendant presented a

birth certificate from the State of New York in the name of "H.B." as proof of his identity and

citizenship, to induce and secure the issuance of a State of Florida Driver's License, in violation

of Title 18, United States Code, Section 1015(e).

## COUNT 2
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about September 2, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CLIFFORD PATRICK SIBILIA,**
**a/k/a "H.B.,"**
**a/k/a "P.A.,"**

during and in relation to a felony violation of Title 18, United States Code, Section 1015(e), that is, willfully and knowingly making a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that defendant presented a birth certificate from the State of New York in the name of "H.B." as proof of his identity and citizenship, to induce and secure the issuance of a State of Florida Driver's License, as charged in Count 1, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, the name and date of birth of "H.B.," in violation of Title 18, United States Code, Section 1028A(a)(1).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
ANDY R. CAMACHO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                  CASE NO. _____

v.

CLIFFORD PATRICK SIBILIA,
        a/k/a "H.B.,"
        a/k/a "P.A.,"

## CERTIFICATE OF TRIAL ATTORNEY*

Defendant.
_____/

                                        Superseding Case Information:

**Court Division**: (Select One)        New Defendant(s)          Yes ____  No ____
                                        Number of New Defendants
  _X_  Miami    _____ Key West          Total number of counts    =====
  _____ FTL     _____ WPB  ____FTP

        I do hereby certify that:

        1.    I have carefully considered the allegations of the indictment, the number of defendants, the number
              of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

        2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this
              Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial
              Act, Title 28 U.S.C. Section 3161.

        3.    Interpreter:     (Yes or No)    No__
              List language and/or dialect    _____

        4.    This case will take      0    days for the parties to try.

        5.    Please check appropriate category and type of offense listed below:

              (Check only one)                          (Check only one)

              I      0  to 5 days     _X_               Petty       _____
              II     6  to 10 days    _____             Minor       _____
              III    11 to 20 days    _____             Misdem.     _____
              IV     21 to 60 days    _____             Felony      _X_
              V      61 days and over _____

        6.    Has this case been previously filed in this District Court?   (Yes or No)   No__
        If yes:
        Judge: _____   Case No. _____
        (Attach copy of dispositive order)
        Has a complaint been filed in this matter?      (Yes or No)   No__
        If yes:
        Magistrate Case No. _____
        Related Miscellaneous numbers: _____
        Defendant(s) in federal custody as of _____
        Defendant(s) in state custody as of _____
        Rule 20 from the District of _____
        Is this a potential death penalty case? (Yes or No)      No__

        7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office
              prior to October 14, 2003?      Yes _____   No _X_

                                        _____
                                        ANDY R. CAMACHO
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court No. A5501807

*Penalty Sheet(s) attached                                              REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   CLIFFORD PATRICK SIBILIA

**Case No:**

Count #: 1

Making a False Claim to United States Citizenship

Title 18, United States Code, Section 1015(e)

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 2

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: <u>CLIFFORD PATRICK SIBILIA</u>

<u>$100,000 Personal Surety</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Andy R. Camacho

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): <u>Jeanne A. Neill, HSI SA</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
Homeland Security Investigations

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| CLIFFORD PATRICK SIBILIA, | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Paul D. Petruzzi
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*